FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION  04 OCT 20  PM 2: 31

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

DAWN J GEORGETTE MYERS,

CASE NO.:_____

        Plaintiff,

v.                              6: 04-CV-1542-ORL-28DAB

CENTRAL FLORIDA INVESTMENTS, INC.,
DAVID SIEGEL, WESTGATE RESORTS, INC.,
WESTGATE RESORTS, LTD., WESTGATE
LAKES, INC., WESTGATE LAKES, LTD.,
CFI SALES & MARKETING, LTD.,
MICHAEL MARDER, and GREENSPOON,
MARDER HIRSCHFELD RAFKIN ROSS
& BERGER, P.A.,

        Defendants.

_____/

## NOTICE OF REMOVAL

To:   Mark E. Tietig, Esq.
      Tietig & Tietig, P.A.
      6065 South Tropical Trail
      Merritt Island, Florida 32952

Pursuant to 28 U.S.C. §§ 1441(b) and 1446, Defendants, Central Florida Investments, Inc., David Siegel, Westgate Resorts, Inc., Westgate Resorts, Ltd., Westgate Lakes, Inc., Westgate Lakes, Ltd. and CFI Sales & Marketing, Ltd. (collectively "Defendants"), give notice of the removal of the above-entitled action from Circuit Court of the Ninth Judicial Circuit in Orange County, Florida (Case No.: 2004-CA-6866 Division 37) to the United States District Court, Middle District of Florida, Orlando Division.

Myers v. Central Florida Investments, Inc., et al.
U.S.D.C. Notice of Removal

## Factual Background

1.     On October 1, 2004, Plaintiff, Dawn Georgette Myers ("Myers"), served a complaint ("Complaint") against Central Florida Investments, Inc., David Siegel, Westgate Resorts, Inc., Westgate Resorts, Ltd., Westgate Lakes, Inc., Westgate Lakes, Ltd., CFI Sales & Marketing, Ltd., Michael Marder and Greenspoon Marder Hirschfeld Rafkin Ross & Berger, P.A.  A copy of the Complaint is attached as Exhibit A.  The Complaint asserts a variety of state and federal claims, including several arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§20003e, *et seq.*

## Prior County and State Court History of this Action

2.     The judicial proceedings leading to Myers' present Complaint began on April 5, 2004, when Defendant, Central Florida Investments, Inc. ("CFI"), filed an action in Orange County County Court styled *Central Florida Investments, Inc. v. Dawn Georgette Myers*, Case No.: CIO-04-CC-4662-DI.70, seeking to collect a promissory note.  On May 10, 2004, a copy of the summons and the complaint was served on Dawn Georgette Myers.  On May, 19, 2004, Myers served her answer to CFI's complaint.  In her answer, Myers asserted multiple counterclaims against Central Florida Investments, Inc., and claims against David Siegel, Westgate Resorts, Inc., Westgate Resorts, Ltd., Westgate Lakes, Inc., Westgate Lakes, Ltd., CFI Sales & Marketing, Ltd., Michael Marder and Greenspoon Marder Hirschfeld Rafkin Ross & Berger, P.A., including claims arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§2000e, *et seq.*  ("Title VII") against all Defendants other than Central Florida Investments, Inc., Michael Marder and Greenspoon Marder Hirschfeld Rafkin Ross & Berger, P.A.

2

Myers v. Central Florida Investments, Inc., et al.
U.S.D.C. Notice of Removal

3.    On June 4, 2004, David Siegel, Westgate Resorts, Inc., Westgate Resorts, Ltd., Westgate Lakes, Inc., Westgate Lakes, Ltd. and CFI Sale & Marketing, Ltd., the targets of Myers' Title VII claims, removed the action to the United States District Court Middle District, based upon original federal jurisdiction conferred by Myers' Title VII claims. However, the District Court, *sua sponte*, remanded the action to Orange County County Court on June 23, 2004, opining that Myers' counterclaims, even though asserting federal claims, could not serve as the basis for removal.

4.    On August 4, 2004, the County Court transferred the action to the Circuit Court for the Ninth Judicial Circuit for Orange County, Florida, because Myers' counterclaims exceeded the jurisdictional limits of the County Court. On September 21, 2004, the Circuit Court dismissed CFI's claim against Myers, without prejudice, and ordered Myers, who was now denominated the plaintiff in the action, to serve her Complaint, incorporating all her claims, by October 1, 2004. On October 1, 2004, Myers served, by mail, her current Complaint which is now the subject of this removal notice.

5.    Copies of papers and pleadings filed in this case in the state courts are attached to this Notice as composite Exhibit B.

### Statement of Jurisdiction

6.    The United States District Court for the Middle District of Florida, Orlando Division, has original jurisdiction of the federal claims asserted by Myers in the Complaint by virtue of 28 U.S.C. § 1331. Specifically, Myers seeks relief against Central Florida Investments, Inc., David Siegel, Westgate Resorts, Inc., Westgate Resorts, Ltd., Westgate Lakes, Inc.,

3

Westgate Lakes, Ltd. and CFI Sales & Marketing, Ltd. for alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* occurring within the geographic boundaries of the Middle District of Florida. The United States District Court has original jurisdiction of claims arising under Title VII.

7. Consequently, this action may be removed to this Court pursuant to 28 U.S.C. § 1441(b).

8. Michael Marder and Greenspoon Marder Hirschfeld Rafkin Ross & Berger, P.A., the other Defendants not named in Myers' Title VII claims, consent to the removal of this case, as evidenced by Exhibit C.

9. Written notice of the filing of this Notice of Removal is being served this date on Myers' counsel of record.

10. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Circuit Court for the Ninth Judicial Circuit for Orange County, Florida.

11. Central Florida Investments, Inc., David Siegel, Westgate Resorts, Inc., Westgate Resorts, Ltd., Westgate Lakes, Inc., Westgate Lakes, Ltd. and CFI Sales & Marketing, Ltd. have timely removed this action to federal court within thirty (30) days of their receipt of Myers' Complaint served October 1, 2004, which is Myer's first pleading setting forth a claim for relief upon which removal may be based, and the first pleading from which it may be ascertained that this action is one which has become removable.

4

Myers v. Central Florida Investments, Inc., et al.
U.S.D.C. Notice of Removal

GREENSPOON, MARDER,
HIRSCHFELD, RAFKIN, ROSS &
BERGER, P.A.
Attorneys for Defendants
201 East Pine Street, Suite 500
Orlando, FL 32801
(407) 459-6559
(407) 422-6583 (Fax)

BY:_____
RICHARD W. EPSTEIN
Florida Bar No. 229091
MYRNA L. MAYSONET
Florida Bar No. 0429650

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by U.S. Mail to Mark E. Tietig Esq., Tietig & Tietig, P.A., 6065 South Tropical Trail Merritt Island, Florida 32952 on this 20 day of October, 2004.

BY:_____
MYRNA L. MAYSONET

G:\MLM\0108\1335- Myers USDC\Oct.'04 USDC removal\Removal Notice Oct 2004.DOC

5

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff  Orange
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed  Orange
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mark E. Tietig
Tietig & Tietig, P.A.
6065 S. Tropical Trail
Merritt Island, FL 32952   (321)452-9944

Attorneys (If Known)
Richard W. Epstein, Myrna L. Maysonet
Greenspoon Marder, et al
201 East Pine St., Ste. 500
Orlando, FL 32801    (407) 425-6559

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. 2000e et seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE  October 20 2004

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____