**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAWN GEORGETTE MYERS,**

      **Plaintiff,**

**-vs-**                                           **Case No. 6:04-cv-1542-Orl-28DAB**

**CENTRAL FLORIDA INVESTMENTS, INC., DAVID SIEGEL, WESTGATE RESORTS, INC., WESTGATE RESORTS, LTD., WESTGATE LAKES, INC., WESTGATE LAKES, LTD., CFI SALES AND MARKETING, LTD., MICHAEL MARDER, GREENSPOON, MARDER, HIRSCHFELD, RAFKIN, ROSS & BERGER, P.A.,**

      **Defendants.**
_____

# ORDER

This case is before the Court on Siegel's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 53) filed May 27, 2005 and Westgate's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 54, filed May 27, 2005). The United States Magistrate Judge has submitted a report recommending that the motions be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and considering the objections and replies filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 1, 2005 (Doc. No. 63) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Siegel's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 53) is granted in part and denied in part.

3. Westgate's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 54) is granted in part and denied in part.

4. Counts V, VI and IX of Plaintiff's Second Amended Complaint are **DISMISSED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6TH day of October, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party