UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAWN GEORGETTE MYERS,

    Plaintiff,

-vs-                                      Case No. 6:04-cv-1542-Orl-28DAB

CENTRAL FLORIDA INVESTMENTS,
INC., CFI SALES AND MARKETING,
LTD., WESTGATE RESORTS, INC.,
WESTGATE RESORTS, LTD., and
DAVID SIEGEL,

    Defendants.

## ORDER

This case is before the Court on Motion to Review Bill of Costs (Doc. No. 151) filed May 17, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and review of the objections filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 19, 2006 (Doc. No. 157) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion is **GRANTED** in part and **DENIED** in part.

3. The costs for "Fees for service of summons and subpoena" are reduced by $430.00 for a total of $436.00.

4. The costs for "Court Reporter fees" are affirmed at $4,534.41.

5.  The costs for "Fees for witnesses" are reduced by $80.00 for a total of $400.00.

6.  The costs for "Fees for exemplification and copies" are affirmed at $1,802.00.

7.  The Bill of Costs taxed against Plaintiff is amended to reflect the above for a total of $7,172.41.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27 day of July, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party