**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAWN GEORGETTE MYERS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-1542-Orl-28DAB**

**CENTRAL FLORIDA INVESTMENTS, INC., CFI SALES AND MARKETING, LTD., WESTGATE RESORTS, INC., WESTGATE RESORTS, LTD., and DAVID SIEGEL,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: MOTION FOR CONTINUING WRIT OF GARNISHMENT (Doc. No. 164)**
>
> **FILED:    March 23, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Local Rule 1.07(a) provides that counsel shall prepare all process and present it to the Clerk for certification. There is no indication that a writ has been prepared and tendered to the Clerk, along with the accompanying notices. Moreover, to the extent Defendants are attempting to garnish wages, the motion does not conform to the requirements set forth under Florida law.[1]  *See* Rule 69, Fed. R.

---

[1] Indeed, Defendants do not cite to any basis, state or federal, for the relief sought.

Civ. P. and Fla. Stat. Ch. 77.  Additionally, counsel cites no support for the contention that the costs judgment is accruing interest at 9%.[2]

**DONE** and **ORDERED** in Orlando, Florida on March 26, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[2]According to the Federal Reserve, the applicable interest at the time of the judgment was 5.24%. http://www.federalreserve.gov/releases/h15/20060724/