# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DAWN GEORGETTE MYERS,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:04-cv-1542-Orl-28DAB**

**CENTRAL FLORIDA INVESTMENTS, INC., CFI SALES AND MARKETING, LTD., WESTGATE RESORTS, INC., WESTGATE RESORTS, LTD., and DAVID SIEGEL,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION FOR ATTORNEY'S FEES AND UNOPPOSED MOTION TO BIFURCATE (Doc. No. 296)**
>
> **FILED:**     **November 6, 2008**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

There is now pending an appeal and a cross appeal from the amended final judgment. Determination of those appeals, regardless of the outcome, will greatly affect consideration of this motion. Any time spent analyzing the fee request at this juncture would likely be wasted. It does not

appear that consideration of the appeal itself would be better informed if accompanied by a decision on fees.

For these reasons, it is respectfully recommended that the motion be denied without prejudice to reassertion, if appropriate, after completion of the appellate process. *See* Comments to 1993 Amendments to Rule 58, F.R.Civ.P. To the extent the motion re-asserts a request for an award of costs, that request has been addressed in a prior Report and Recommendation (Doc. No. 292), presently under review by the District Court.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 19, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy