UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAWN GEORGETTE MYERS,

    Plaintiff,

-vs-                                  Case No. 6:04-cv-1542-Orl-28DAB

CENTRAL FLORIDA INVESTMENTS,
INC., CFI SALES AND MARKETING,
LTD., WESTGATE RESORTS, INC.,
WESTGATE RESORTS, LTD., and
DAVID SIEGEL,

    Defendants.

## ORDER

This case is before the Court on Defendants' Motion to Strike Bill of Costs (Doc. No. 260) filed March 24, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by the parties (Doc. Nos. 298, 301), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 4, 2008 (Doc. No. 292) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion to Strike Bill of Costs (Doc. No. 260) is **GRANTED in part**, to the extent it seeks review of the Bill of Costs.

2. The Bill of Costs entered by the Clerk on March 17, 2008 (Doc. No. 259) in favor of Plaintiff is hereby **VACATED.**

3. The proposed Bill of Costs filed by Defendants (Doc. No. 290) is hereby **STRICKEN**.

4. The Court declines to award any costs to any party.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of December, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party