UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAWN GEORGETTE MYERS,

    Plaintiff,

-vs-                                        Case No. 6:04-cv-1542-Orl-28DAB

CENTRAL FLORIDA INVESTMENTS,
INC., CFI SALES AND MARKETING,
LTD., WESTGATE RESORTS, INC.,
WESTGATE RESORTS, LTD., and
DAVID SIEGEL,

    Defendants.

## ORDER

This case is before the Court on Defendants' Motion for Attorney's Fees and Unopposed Motion to Bifurcate (Doc. No. 296) filed November 6, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 19, 2008 (Doc. No. 300) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion for Attorney's Fees and Unopposed Motion to Bifurcate (Doc. No. 296) is denied without prejudice to reassertion, if appropriate, after completion of the appellate process.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of December, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party