UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAWN GEORGETTE MYERS,

    Plaintiff,

-vs-                              Case No. 6:04-cv-1542-Orl-28DAB

CENTRAL FLORIDA INVESTMENTS,
INC., CFI SALES AND MARKETING,
LTD., WESTGATE RESORTS, INC.,
WESTGATE RESORTS, LTD., and
DAVID SIEGEL,

    Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion to Dissolve Charging Lien (Doc. No. 321) filed May 4, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied to the extent it seeks to dissolve the lien, but granted to the extent it seeks to strike the Notice of Lien, without prejudice to pursuing the claim in state court.

After an independent *de novo* review of the record in this matter, and consideration of the objections to the Report and Recommendation filed by Plaintiff's former counsel, Tietig & Tietig, P.A. (Doc. No. 329), and Plaintiff's Opposition to Tietig & Tietig, P.A.'s objections (Doc. No. 330), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 26, 2010 (Doc. No. 328) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Dissolve Charging Lien (Doc. No. 321) is **DENIED** to the extent it seeks to dissolve the lien, and **GRANTED** to the extent it seeks to strike the Notice of Lien, without prejudice to the parties pursuing their remedies in state court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 21 day of June, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party